# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MERS, INC.,

    Plaintiff,

v.

LONNIE EARL HAWKINS, *et al*.,

    Defendants.

Case No. 2:09-CV-00892-KJD-GWF

Bankruptcy Court No. BK-S-07-13593-LBR

**ORDER**

    Presently before the Court is Appellant's Opening Brief (#9/10). Appellee Chapter 7 Trustee Lenard Schwartzer filed an Opening Brief (#17/18) and an Errata to Opening Brief (#20). Appellant filed a Consolidated Reply Brief (#21/22).

    The parties agree that the Bankruptcy Court entered an Order of Dismissal on March 24, 2008.[1] This order was entered and the case was closed before the Bankruptcy Court entered the Memorandum Opinion at issue on March 31, 2009.[2] Therefore, the Bankruptcy Court was without subject matter jurisdiction when it entered the Memorandum Opinion on March 31, 2009 in *In re* Hawkins, BK-S-07-13953-LBR. See *In re* Taylor, 884 F.2d 478 (9th Cir. 1989)(bankruptcy court

---

[1] Appellant's Appendix Vol. 9, p. 1978-79, Doc. No. 10; Bankruptcy Doc. No. 62.

[2] Appellant's Appendix Vol. 9, p. 1959-72, Doc. No. 10; Bankruptcy Doc. No. 73.

lacked subject matter jurisdiction to rule upon request from relief from stay after bankruptcy petition dismissed by final order).

Accordingly, IT IS HEREBY ORDERED that the Memorandum Opinion entered March 31, 2009 in *In re* Hawkins, BK-S-07-13953-LBR is **REVERSED** and **VACATED as without subject matter jurisdiction**;

IT IS FURTHER ORDERED that all other outstanding motions are **DENIED as moot**.

DATED this 6th day of November 2009.

_____
Kent J. Dawson
United States District Judge

2